# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:     Case No. 19-31520-jpg
Christopher J. Windsor     Chapter 13

**NATURE OF PROCEEDING:**

Doc #4 Debtor(s)' Application to Pay Chapter 13 Filing Fee in Installments

**APPEARANCES:**
- ☐ Debtor(s) Christopher J. Windsor, pro se
- ☐ Atty for Debtor(s):
- ☐ Atty for Creditor:
- ☑ Atty for USTrustee: Maria Giannirakis (by phone)
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for

- ☑ HEARING HELD
- ☐ EVIDENCE SUBMITTED
- ☐ DISMISSED
- ☐ HEARING NOT HELD
- ☐ TAKEN UNDER ADVISEMENT
- ☐ MOTION TO CONTINUE F/C ____ DAYS
- ☐ MOTION CUT-OFF
- ☐ AGREED ENTRY ON OR BEFORE ____ DAYS
- ☐ STATUS REPORT ON OR BEFORE ____ DAYS
- ☐ DISCOVERY CUT-OFF
- ☐ MOTION TO BE WITHDRAWN ____ DAYS
- ☐ OBJECTION TO BE WITHDRAWN ____ DAYS
- ☐ FINAL PRE-TRIAL

- ☐ GRANTED ☐ APPROVED ☐ DISAPPROVED ☐ TRIAL

- ☐ DENIED ☐ WITH PREJUDICE ☐ WITHOUT PREJUDICE
- ☐ SUSTAINED
- ☐ ADJOURNED TO _____

**COMMENTS OF COURT:**

Application to pay the filing fee in installments will be denied. Case will be dismissed for the reasons stated on the record.

HEARING DATE: Tues., 6/11/2019

FOR COURT USE ONLY
☐ Order Uploaded    ☐ Need Order    ☐ Return for Action