# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:                                                              Case No.    19-31520-jpg

Christopher J. Windsor                                      Chapter    13

**NATURE OF PROCEEDING:**

Show Cause Hearing on the Failure of Debtor to File Schedules/Plan/Required Documents

**APPEARANCES:**
- [ ] Debtor(s) Christopher J. Windsor, Pro Se
- [ ] Atty for Debtor(s):
- [ ] Atty for Creditor:
- [x] Atty for USTrustee: Maria Giannirakis (by phone)
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for

- [x] HEARING HELD     [ ] EVIDENCE SUBMITTED     [ ] DISMISSED
- [ ] HEARING NOT HELD     [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION TO CONTINUE F/C _____ DAYS     [ ] MOTION CUT-OFF
- [ ] AGREED ENTRY ON OR BEFORE _____ DAYS
- [ ] STATUS REPORT ON OR BEFORE _____ DAYS     [ ] DISCOVERY CUT-OFF
- [ ] MOTION TO BE WITHDRAWN _____ DAYS
- [ ] OBJECTION TO BE WITHDRAWN _____ DAYS     [ ] FINAL PRE-TRIAL

- [ ] GRANTED    [ ] APPROVED    [ ] DISAPPROVED    [ ] TRIAL

- [ ] DENIED     [ ] WITH PREJUDICE     [ ] WITHOUT PREJUDICE
- [ ] SUSTAINED
- [ ] ADJOURNED TO _____

**COMMENTS OF COURT:**

Application to pay the filing fee in installments will be denied. Case will be dismissed for the reasons stated on the record.

HEARING DATE:    Tues., 6/11/2019

FOR COURT USE ONLY
- [ ] Order Uploaded          [ ] Need Order          [ ] Return for Action