The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: June 12 2019**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 19-31520 |
| ) | |
| Christopher J. Windsor ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | JUDGE JOHN P. GUSTAFSON |

### ORDER OF DISMISSAL

This matter came before the Court for Hearing on June 11, 2019, on the Court's Order to Show Cause [Doc. #12] for the failure of the Debtor to file the balance of schedules and a Chapter 13 Plan. No appearance was made by or on behalf of the Debtor. Counsel for the United States Trustee was present at the hearing via telephone.

On May 14, 2019, Debtor, proceeding pro se, commenced this Chapter 13 case by filing his petition. Missing from the filing were Schedules A/B-J, Statement of Financial Affairs, Means Test Calculation Form, Summary of Schedules, Summary of Assets and Liabilities, Certificate of Credit Counseling, Employee Income Records and a Chapter 13 Plan. Such filings are permitted by the applicable rules, with the missing documents to be filed within 14 days. 11 U.S.C. § 521(1); Fed. R. Bankr. P. 1007(b) and (c).

On May 29, 2019, this Court entered an Order to Show Cause as to why this Chapter 13 Case should not be dismissed for want of prosecution, as the required documents had not been filed [Doc.

#12]. The Court's Order gave Debtor until no later than, June 10, 2019 by 4:00 p.m., to file all of the above named documents, or appear at the hearing on June 11, 2019, and show cause as to why this case should not be dismissed. A review of the Court's record for this case reflects that as of the date of this Order, nothing has been filed in response to the Court's Order to Show Cause, nor did the Debtor appear at the scheduled hearing and show cause.

Debtor filed along with this case, an Application to pay filing fee in installments [Doc. #4]. The Application will be denied and the $230.00 filing fee balance is due in full. Debtor shall not be permitted to commence another case under any chapter of title 11 unless and until the $230.00 filing fee due from this case is paid.

Debtor having failed to prosecute this case in accordance with the Bankruptcy Code and Rules of Bankruptcy Procedure, cause exists for dismissal of this case.

**THEREFORE**, good cause appearing,

**IT IS ORDERED** that Debtor's Chapter 13 case shall be, and hereby is, **DISMISSED;** and

**IT IS FURTHER ORDERED** that the Debtor shall pay the $230.00 filing fee balance due in this case, absent which she shall not be permitted to commence another case under any chapter of title 11 unless and until the $230.00 fee is paid.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, serve a notice of this Order of Dismissal upon Debtor, the Chapter 13 Trustee, and all creditors and parties in interest

###